KENDRA J. JEPSEN, Esq.
Nevada State Bar No. 14065
JEPSEN LAW, PLLC
405 Marsh Avenue
Reno, Nevada 89509
(775) 376-7070
Kendra@JepsenLawNV.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA PETERSEN, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BRUNELLO CUCINELLI, USA INC., a foreign corporation, DOES I-XX inclusive.<br><br>　　　　　　Defendants. | Case No.: 2:25-cv-00997-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Plaintiff, Cynthia Petersen ("Plaintiff") by and through her attorney of record, KENDRA JEPSEN, ESQ., of JEPSEN LAW, PLLC, and Defendant Brunello Cucinelli, USA, INC., ("Defendant"), by and through their respective counsel, SHIRA M. BLANK, ESQ., of EPSTEIN BECKER GREEN, hereby agree, stipulate and respectfully request that the Court extend the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint by 45 days, from August 12, 2025 to September 26, 2025. This is the first request to extend this deadline.

The parties request this extension for Defendant to answer or otherwise respond to the Complaint because the parties are actively engaging in global settlement discussions. Counsel for

both parties have exchanged settlement proposals and are engaging in negotiations. The undersigned represent that this stipulation is not designed for purposes of delay.

**DATED** this 8th day of August, 2025.

| JEPSEN LAW, PLLC | EPSTEIN BECKER GREEN |
|---|---|
| /s/Kendra Jepsen | /s/Shira Blank |
| KENDRA JEPSEN, ESQ. | SHIRA M. BLANK, ESQ. |
| Nevada State Bar No.: 14065 | 875 Third Avenue |
| 405 Marsh Avenue | New York, NY 10022 |
| Reno, Nevada 89509 | Telephone: (212) 351-4694 |
| Telephone: (775) 376-7070 | sblank@ebglaw.com |
| kendra@jepsenlawnv.com | |

Moving forward, all stipulations must include the required judicial signature block. *See* Local Rule IA 6-2.  Moreover, a 45-day extension is quite long in this context. Although the Court **GRANTS** this stipulation, it is not inclined to allow further extensions to this deadline.
.
IT IS SO ORDERED.
Dated:  August 11, 2025
.
.
_____
Nancy J. Koppe
United States Magistrate Judge